# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                                    In Proceedings
                                                          Under Chapter 13
Charlotte S Hawkins
                                                          BK 22−30530−lkg

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−7748

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

The Debtor, Charlotte S Hawkins, having filed a petition under Chapter 13 of the Bankruptcy Code, has submitted both his/her person and his/her assets, including future income, to the jurisdiction of this Court.  The Court finds it to be in the best interest of the Debtor(s), as well as the creditors, to have the Debtor's future wages or other income needed to fund the Chapter 13 Plan turned over to the Trustee for distribution.  It is hereby

**ORDERED** that Debtor's employer or other payor of income, ESTL School Dist 189, whose address is 1005 State St, E St Louis, IL 62201 withhold the sum of $1,200.00 monthly from the Debtor's income and forward the withheld income to the Chapter 13 Trustee each month.  (The amounts withheld from each payment of the Debtor's wages and the date for disbursement to the Chapter 13 Trustee shall coincide with the employer's regular payroll dates.)  These monies shall be made payable and mailed to:

      Russell C. Simon
      Chapter 13 Trustee
      PO Box 1898
      Memphis, TN 38101−1898
      (618) 277−0086
      Or to pay electronically go to https://tfsbillpay.com/employer

This Order shall remain in full force and effect until the earlier of (i) further Order of this Court or (ii) the Debtor's employment with the above referenced employer is terminated.

This Order supercedes any previous Order issued by this Court with respect to the Debtor's wages.

The Clerk shall issue a copy of this Order to the above named employer, the Debtor, Debtor's counsel, and the Chapter 13 Trustee.

ENTERED: August 30, 2022                          /s/ Laura K. Grandy
                                                  UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                    Case No. 22-30530-lkg

Charlotte S Hawkins                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 1 of 1 |
| Date Rcvd: Aug 30, 2022 | Form ID: 182 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte S Hawkins, 1804 Martin Luther King Dr, East Saint Louis, IL 62205-1615 |
| | + | ESTL School Dist 189, 1005 State St, E St Louis, IL 62201-1907 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jerry D Graham, Jr | on behalf of Debtor Charlotte S Hawkins court@jdgrahamlaw.com  jdgrahampc@gmail.com;r47365@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3