# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: ao1492bnc | Date Created: 10/7/2022 |
| Case: 22–30530–lkg | Form ID: pdf900 | Total: 29 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee       USTPRegion10.es.ecf@usdoj.gov
tr        Russell C Simon             simontrustee@yahoo.com
aty       Jerry D Graham, Jr          court@jdgrahamlaw.com

                                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Charlotte S Hawkins       1804 Martin Luther King Dr      East Saint Louis, IL 62206
cr        Exeter Finance LLC, c/o AIS Portfolio Services, LLC       4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
4239783   AcceptanceNOW       5501 Headquarters Drive       Plano, TX 75024
4239784   Account Resolution Corp       Attn: Bankruptcy       700 Goddard Ave       Chesterfield, MO 63005
4239785   All Type Auto Repair       3465 Camp Jackson Rd       Cahokia, IL 62206
4239786   Archview Auto Sales       3601 Mississippi Ave       Cahokia, IL 62206
4241581   CBFL RENTALS, LLC.       P.O. BOX 648       MAYFIELD, KY 42066
4239789   CBFL Rentals       302 N 7th St       Mayfield, KY 42066
4239787   Capital One       Po Box 31293       Salt Lake City, UT 84131
4239788   Capital One Auto Finance       Attn: Bankruptcy       Po Box 30285       Salt Lake City, UT 84130
4239790   Chime Bank       PO Box 417       San Francisco, CA 94104
4239791   Credit Acceptance       Attn: Bankruptcy       25505 West 12 Mile Road Ste 3000       Southfield, MI 48034
4239792   Duncan Auto and Truck       2325 S. Belt West       Belleville, IL 62226
4239793   Eugene Gully       2307 Fairview Circle       Belleville, IL 62226
4240649   Exeter Finance LLC       AIS Portfolio Services, LLC       4515 N Santa Fe Ave. Dept. APS       Oklahoma City, OK 73118
4239794   Exeter Finance LLC       Attn: Bankruptcy       Po Box 166008       Irving, TX 75016
4241520   Exeter Finance LLC       c/o AIS Portfolio Services, LLC       4515 N Santa Fe Ave, Dept APS       Oklahoma City, OK 73118
4239795   Hawk Properties Inc       c/o Illinois Realty Group LLC       7800 West Main St       Belleville, IL 62223
4239796   IC Systems, Inc       Attn: Bankruptcy       Po Box 64378       St. Paul, MN 55164
4239797   Justine Petersen Housing       1023 N Grand Blvd       Saint Louis, MO 63106
4239798   Loan Express       3915 Mississippi Ave       Cahokia, IL 62206
4239799   Navy Federal Credit Union       PO Box 3000       Merrifield, VA 22119
4239800   Rent One       332 Lincoln Hwy       Fairview Heights, IL 62208
4239802   SWC Group       4120 International Parkway #100       Carrollton, TX 75007
4239801   Source Receivables Mgmt, Llc       Attn: Bankruptcy Dept       Po Box 4068       Greensboro, NC 27407
4239803   T–H Professional & Med Collections       Attn: Bankruptcy       Po Box 10166       Peoria, IL 61612

                                                                                        TOTAL: 26