IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Charlotte S Hawkins<br><br>Debtor(s). | In Proceedings<br>Under Chapter 13<br><br>Bk. No.: 22-30530 |

<u>CHAPTER 13 TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE
DOCUMENTATION PRIOR TO CONTINUED 341(a) MEETING</u>

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and in support of his Motion states as follows:

1. Debtor's initial Section 341(a) Meeting of Creditors was scheduled for October 4, 2022. The Debtor had failed to provide the Trustee with all required bank statements, as well as failed to appear. The 341(a) Meeting of Creditors was subsequently continued to December 6, 2022.

2. At the continued Section 341(a) Meeting of Creditors, the Debtors again failed to provide the Trustee with all required bank statements.

3. Based upon the foregoing, the Trustee seeks dismissal of the instant case as the Debtors failed to provide the required documentation prior to the 341(a) Meeting of Creditors. The Trustee asserts that the foregoing constitutes sufficient cause for dismissal.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays for an Order dismissing the instant case, and for all other relief this Court deems just and equitable.

Respectfully submitted,

/s/Russell C. Simon
RUSSELL C. SIMON, Trustee

Chapter 13 Trustee  
24 Bronze Pointe  
Swansea, IL 62226  
Telephone: (618) 277-0086  
Telecopier: (618) 234-0124

Dated: December 9, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Trustee's Motion to Dismiss for Failure to Provide Documentation Prior to Continued 341(a) Meeting of Creditors was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Friday, December 9, 2022.

/s/Sandie

Charlotte S Hawkins  
1804 Martin Luther King Dr  
E St Louis, IL 62206

.J D GRAHAM  
1 EAGLE CENTER STE 3A  
OFALLON, IL 62269