# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: <br><br> CHARLOTTE S. HAWKINS, <br><br> Debtor(s). | In proceedings <br> Under Chapter 13 <br><br><br> Bk. No. : 22-30530 |

## AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

The parties announce to the Court that they have reached an agreement concerning the Trustee's pending Motion to Dismiss (Doc. 23), the terms and conditions of which are as follows:

> Debtor(s) shall have seven (7) days from the date of this Order in which to contact the Trustee's office to obtain a reset date for the continued 341 meeting of creditors and to file a notice of the continuance with the Court and provide notice to the creditors of the continuance.

The Court **ORDERS** that in the event Debtors fail to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

IT IS FURTHER ORDERED that should Debtors fail to attend the reset 341 meeting or should the Trustee be unable to conduct the meeting of creditors on the reset date, this case shall be automatically dismissed without further notice or hearing**.**

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: December 20, 2022

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/7

Agreed as to form and substance:

**/s/   Russell C. Simon**                                     **/s/   J.D. Graham**
    **Russell C. Simon, Trustee**                              **Debtor's Counsel**