**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

In re:                                             )
                                                   )          Case No. 22-30530
CHARLOTTE S. HAWKINS,          )
                                                   )          Chapter 13
                    Debtors.                )
                                                   )

NOTICE OF CONTINUED MEETING OF CREDITORS

      The Section 341 Meeting of Creditors for the above captioned case has been rescheduled as follows:

      Date:      February 14, 2023

      Time:      1:30 p.m.

      Location:      TELEPHONICALLY:
                           Conference Line: 866-705-8918
                           Participant Code: 7377069

RESPECTFULLY SUBMITTED,

By: /s/ J.D. Graham
J.D. Graham, #06211732
Attorney for Debtor
J.D. Graham, P.C.
#1 Eagle Center, Ste. 3A
O'Fallon, IL 62269
618-235-9800
618-235-9805 fax
jd@jdgrahamlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2022, via first-class mail, postage prepaid, a true and accurate copy of the Notice of Continued Meeting of Creditors was served upon the following people that were not served electronically:

All Creditors Listed On Mailing Matrix

/s/ Jennifer Schweiger