# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: Charlotte S Hawkins
        Debtor(s)

Bankruptcy Proceeding No. 22–30530–lkg
Chapter No.: 13
Judge: Laura K. Grandy

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–7748

---

PLEASE TAKE NOTICE that a hearing will be held

   at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
   East St Louis, IL 62201
   on 3/30/23 at 09:00 AM

to consider and act upon the following:

   Confirmation Hearing RESCHEDULED

   *** This notice reschedules the hearing previously set on 1/19/2023 ***

**Creditor Objections:** At least 10 days prior to the hearing on the objection to confirmation of the plan, the parties shall meet and discuss possible resolution of the objection. The burden of scheduling this meeting shall be on debtors' counsel.

**Trustee Objections:** In cases where the trustee files an objection to confirmation, the trustee shall schedule a settlement conference to discuss possible resolution of the objection. Notice of the settlement conference shall be posted on the trustee's website at least 10 days prior to the scheduled conference. All parties shall be prepared to conduct a meaningful settlement conference on the date and at the time scheduled by the trustee. If the debtor has no factual or legal basis on which to dispute the objection(s) raised by the trustee, the debtor shall file the necessary pleadings/documents to cure the objection(s) no later than the date and time of the scheduled settlement conference.

Within two days following the settlement conference, debtor's counsel shall advise the Court (by email) of those matters which have been resolved. Failure of the parties to comply with any of these provisions may result in the imposition of sanctions, including the reduction of attorney's fees.

Dated: December 22, 2022

DIRECT ALL COURT CORRESPONDENCE TO:                          Dean M Lugge
U.S. BANKRUPTCY COURT                                        Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.