# Notice Recipients

District/Off: 0754–3  User: ao1492bnc  Date Created: 12/22/2022
Case: 22–30530–lkg  Form ID: 321  Total: 35

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Russell C Simon | simontrustee@yahoo.com |
| aty | Jerry D Graham, Jr | court@jdgrahamlaw.com |
| aty | John J Johnston | johnjohnston@dixonjohnston.com |
| aty | Melinda Joette Maune | mmaune@atllp.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Charlotte S Hawkins | 1804 Martin Luther King Dr | East Saint Louis, IL 62206 | |
| cr | Exeter Finance LLC, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Illinois Realty Group | Dixon & Johnston, PC | 101 West Main Street | Belleville, IL 62220 |
| 4239783 | AcceptanceNOW | 5501 Headquarters Drive | Plano, TX 75024 | |
| 4239784 | Account Resolution Corp | Attn: Bankruptcy | 700 Goddard Ave | Chesterfield, MO 63005 |
| 4239785 | All Type Auto Repair | 3465 Camp Jackson Rd | Cahokia, IL 62206 | |
| 4239786 | Archview Auto Sales | 3601 Mississippi Ave | Cahokia, IL 62206 | |
| 4241581 | CBFL RENTALS, LLC. | P.O. BOX 648 | MAYFIELD, KY 42066 | |
| 4239789 | CBFL Rentals | 302 N 7th St | Mayfield, KY 42066 | |
| 4239787 | Capital One | Po Box 31293 | Salt Lake City, UT 84131 | |
| 4239788 | Capital One Auto Finance | Attn: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 4239790 | Chime Bank | PO Box 417 | San Francisco, CA 94104 | |
| 4239791 | Credit Acceptance | Attn: Bankruptcy | 25505 West 12 Mile Road Ste 3000 | Southfield, MI 48034 |
| 4246445 | Credit Acceptance Corp | Melinda Joette Maune | 7700 Forsyth Blvd Suite 1800 | St Louis, MO 63105 |
| 4239792 | Duncan Auto and Truck | 2325 S. Belt West | Belleville, IL 62226 | |
| 4239793 | Eugene Gully | 2307 Fairview Circle | Belleville, IL 62226 | |
| 4240649 | Exeter Finance LLC | AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 |
| 4239794 | Exeter Finance LLC | Attn: Bankruptcy | Po Box 166008 | Irving, TX 75016 |
| 4241520 | Exeter Finance LLC | c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave, Dept APS | Oklahoma City, OK 73118 |
| 4239795 | Hawk Properties Inc | c/o Illinois Realty Group LLC | 7800 West Main St | Belleville, IL 62223 |
| 4239796 | IC Systems, Inc | Attn: Bankruptcy | Po Box 64378 | St. Paul, MN 55164 |
| 4249550 | Illinois Realty Group, LLC | John J. Johnston | 101 West Main Street | Belleville, IL 62220 |
| 4239797 | Justine Petersen Housing | 1023 N Grand Blvd | Saint Louis, MO 63106 | |
| 4239798 | Loan Express | 3915 Mississippi Ave | Cahokia, IL 62206 | |
| 4239799 | Navy Federal Credit Union | PO Box 3000 | Merrifield, VA 22119 | |
| 4239800 | Rent One | 332 Lincoln Hwy | Fairview Heights, IL 62208 | |
| 4239802 | SWC Group | 4120 International Parkway #100 | Carrollton, TX 75007 | |
| 4239801 | Source Receivables Mgmt, Llc | Attn: Bankruptcy Dept | Po Box 4068 | Greensboro, NC 27407 |
| 4239803 | T–H Professional & Med Collections | Attn: Bankruptcy | Po Box 10166 | Peoria, IL 61612 |
| 4250955 | US Department of Education | PO Box 16448 | St. Paul, MN 55116–0448 | |

TOTAL: 30