## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

---

In re: Charlotte S Hawkins
       Debtor(s)

Bankruptcy Proceeding No. 22−30530−lkg
Chapter No.: 13
Judge: Laura K. Grandy

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−7748

---

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave, East St Louis, IL 62201
  on 3/30/23 at 09:00 AM

to consider and act upon the following:

    Confirmation Hearing RESCHEDULED

    *** This notice reschedules the hearing previously set on 1/19/2023 ***

**Creditor Objections:** At least 10 days prior to the hearing on the objection to confirmation of the plan, the parties shall meet and discuss possible resolution of the objection. The burden of scheduling this meeting shall be on debtors' counsel.

**Trustee Objections:** In cases where the trustee files an objection to confirmation, the trustee shall schedule a settlement conference to discuss possible resolution of the objection. Notice of the settlement conference shall be posted on the trustee's website at least 10 days prior to the scheduled conference. All parties shall be prepared to conduct a meaningful settlement conference on the date and at the time scheduled by the trustee. If the debtor has no factual or legal basis on which to dispute the objection(s) raised by the trustee, the debtor shall file the necessary pleadings/documents to cure the objection(s) no later than the date and time of the scheduled settlement conference.

Within two days following the settlement conference, debtor's counsel shall advise the Court (by email) of those matters which have been resolved. Failure of the parties to comply with any of these provisions may result in the imposition of sanctions, including the reduction of attorney's fees.

Dated: December 22, 2022

| | |
|---|---|
| DIRECT ALL COURT CORRESPONDENCE TO:<br>U.S. BANKRUPTCY COURT<br>750 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 | Dean M Lugge<br>Clerk, U.S. Bankruptcy Court |

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482−9400.

United States Bankruptcy Court

Southern District of Illinois

In re:  Case No. 22-30530-lkg

Charlotte S Hawkins  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0754-3             User: ao1492bnc             Page 1 of 3

Date Rcvd: Dec 22, 2022           Form ID: 321             Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte S Hawkins, 1804 Martin Luther King Dr, East Saint Louis, IL 62205-1615 |
| cr | + | Illinois Realty Group, Dixon & Johnston, PC, 101 West Main Street, Belleville, IL 62220-1501 |
| 4239785 | + | All Type Auto Repair, 3465 Camp Jackson Rd, Cahokia, IL 62206-3005 |
| 4239786 | + | Archview Auto Sales, 3601 Mississippi Ave, Cahokia, IL 62206-1035 |
| 4241581 | + | CBFL RENTALS, LLC., P.O. BOX 648, MAYFIELD, KY 42066-0033 |
| 4239789 | + | CBFL Rentals, 302 N 7th St, Mayfield, KY 42066-1822 |
| 4246445 | + | Credit Acceptance Corp, Melinda Joette Maune, 7700 Forsyth Blvd Suite 1800, St Louis, MO 63105-1807 |
| 4239792 | + | Duncan Auto and Truck, 2325 S. Belt West, Belleville, IL 62226-6764 |
| 4239793 | + | Eugene Gully, 2307 Fairview Circle, Belleville, IL 62226-7553 |
| 4239795 | + | Hawk Properties Inc, c/o Illinois Realty Group LLC, 7800 West Main St, Belleville, IL 62223-2012 |
| 4249550 | + | Illinois Realty Group, LLC, John J. Johnston, 101 West Main Street, Belleville, IL 62220-1501 |
| 4239798 | + | Loan Express, 3915 Mississippi Ave, Cahokia, IL 62206-1042 |
| 4239800 | ++ | SKC ENTERPRISES INC DBA RENT ONE, 10929 PAGE AVE, ST LOUIS MO 63132-1019 address filed with court:, Rent One, 332 Lincoln Hwy, Fairview Heights, IL 62208 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 18:05:08 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4239783 | + | Email/Text: bankruptcy@rentacenter.com | Dec 22 2022 18:00:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 4239784 | + | Email/Text: jhill@arc1.biz | Dec 22 2022 18:00:00 | Account Resolution Corp, Attn: Bankruptcy, 700 Goddard Ave, Chesterfield, MO 63005-1100 |
| 4239787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 18:05:08 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4239788 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 22 2022 18:05:08 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4239790 | ^ | MEBN | Dec 22 2022 17:56:20 | Chime Bank, PO Box 417, San Francisco, CA 94104-0417 |
| 4239791 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2022 17:59:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 4240649 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 18:05:08 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4241520 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2022 18:05:10 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Dept APS, Oklahoma |

| District/off: 0754-3 | User: ao1492bnc | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 321 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | City, OK 73118-7901 |
| 4239794 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 22 2022 18:05:10 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 4239796 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 22 2022 18:00:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 4239797 | + | Email/Text: legal@justinepetersen.org | Dec 22 2022 18:00:00 | Justine Petersen Housing, 1023 N Grand Blvd, Saint Louis, MO 63106-1641 |
| 4239799 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 22 2022 18:00:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 4239802 | + | Email/Text: bankruptcy@sw-credit.com | Dec 22 2022 18:00:57 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 4239801 | + | Email/Text: clientservices@sourcerm.com | Dec 22 2022 18:00:00 | Source Receivables Mgmt, Llc, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 4239803 | | Email/Text: thpmc@sbcglobal.net | Dec 22 2022 17:59:00 | T-H Professional & Med Collections, Attn: Bankruptcy, Po Box 10166, Peoria, IL 61612 |
| 4250955 | | Email/Text: EDBKNotices@ecmc.org | Dec 22 2022 17:59:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerry D Graham, Jr | on behalf of Debtor Charlotte S Hawkins court@jdgrahamlaw.com  jdgrahampc@gmail.com;r47365@notify.bestcase.com |
| John J Johnston | on behalf of Creditor Illinois Realty Group johnjohnston@dixonjohnston.com |
| Melinda Joette Maune | on behalf of Creditor Credit Acceptance Corporation mmaune@atllp.com  bkdeptmailbox@atllp.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

District/off: 0754-3 User: ao1492bnc Page 3 of 3
Date Rcvd: Dec 22, 2022 Form ID: 321 Total Noticed: 30
TOTAL: 5