IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Charlotte S Hawkins | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 22-30530 |
|    Debtor(s) | ) | |

**TRUSTEE'S RECOMMENDATION TO CONFIRM AMENDED PLAN NUMBER ONE**

   The undersigned Trustee has examined the plan submitted by the above-named debtor(s), filed under the provisions of Chapter 13 of the United States Bankruptcy Code, has had the debtor(s) examined at the 341 Meeting of Creditors, has examined the claims filed in the case, and has no objections to the confirmation of the debtor(s)' plan.

   Wherefore, the Trustee prays this Court for an Order confirming the Amended Plan Number One, and for all other relief this Court deems just and equitable.

                                              **/s/Russell C. Simon**
                                              RUSSELL C. SIMON
                                              Chapter 13 Trustee
                                              24 Bronze Pointe
                                              Swansea, IL  62226
                                              Telephone: (618) 277-0086
                                              Telecopier: (618) 234-0124

Dated: March 30, 2023

SP

**Certificate of Service**

   I hereby certify that a true and correct copy of the above and foregoing Trustee's Recommendation to Confirm Amended Plan Number Onewas served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, March 30, 2023.

                                              /s/ Sandie

Charlotte S Hawkins
1804 Martin Luther King Dr
E St Louis, IL  62206


.J D GRAHAM  
1 EAGLE CENTER STE 3A  
OFALLON, IL 62269