RUSSELL C. SIMON  
CHAPTER 13 TRUSTEE  
24 BRONZE POINTE  
SWANSEA, IL  62226  
(618) 277-0086  
FAX: (618) 234-0124  

## MEMORANDUM REQUESTING WAGE ORDER

TO:     Clerk, U. S. Bankruptcy Court

FROM:   Russell C. Simon, Chapter 13 Trustee

RE:     Case Number:   22-30530

       Case Name:   Charlotte S Hawkins

Please issue a <u>Wage Order</u> for Charlotte S Hawkins to:

> ESTL SCHOOL DIST 189  
> 1005 STATE ST  
> E ST LOUIS, IL 62201

The proposed Order consists of <u>$1,440.00</u> in plan payments monthly, payable to the Trustee by the 29th day of each month.

                                                  /s/  Russell C. Simon  
                                                  RUSSELL C. SIMON, Trustee

Date:          March 30, 2023

SP