| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Charlotte S Hawkins** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | 22-30530 | ☐ Check if this is an amended filing |

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Eric Gillian**<br>**1149 Reco Ave.**<br>**St. Louis, MO 63126** | **Lease for Beauty Shop**<br>**$780/mo** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charlotte S Hawkins** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **22-30530** |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Charlotte S Hawkins**
**Charlotte S Hawkins**
Signature of Debtor 1

Date  **March 28, 2023**

X  _____
Signature of Debtor 2

Date  _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-30530 |
| CHARLOTTE S. HAWKINS, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2023, via first-class mail, postage prepaid, a true and accurate copy of the Amended Schedule G was served upon the following persons that were not served electronically:

All creditors on Debtor's Amended Schedule G

RESPECTFULLY SUBMITTED,

By: /s/ Jennifer L. Schweiger, Paralegal
J.D. GRAHAM, P.C.
#1 Eagle Center, Suite 3A
O'Fallon, IL 62269
618.235.9800
618.235.9805 fax
jd@jdgrahamlaw.com