IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON TRUSTEE; CREDIT ACCEPTANCE
CORPORATION; ILLINOIS REALTY GROUP

**CASE NO** 22-30530
**CHAPTER:** 13

vs

CHARLOTTE HAWKINS

**DATE**: March 30, 2023
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:   Pro Se                                Appears
                             Melinda Maune
                             John Johnston

**COUNSEL FOR DEFENDANT**:   Ronald Buch                           Excused

**PROCEEDINGS**:  Objections to Confirmation

**MINUTES OF COURT:**

Case is called for hearing on the trustee's Objection to Confirmation and the Objections to Confirmation filed by Credit Acceptance Corporation and Illinois Realty Group. Pursuant to the statements made in open court, the Objections are mooted by the filing of the First Amended Plan.

                                        Dean Lugge
                                    Clerk of Bankruptcy Court

                                By: /s/Jason Strieker
                                        Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**