UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| IN RE:   CHARLOTTE S. HAWKINS   ) | |
| ) | Case No. 22-30530 |
| ) | Chapter 13 |
| ) | |
| Debtor,   ) | |
| CBFL RENTALS, LLC   ) | |
| ) | |
| Petitioner-Creditor,   ) | |
| ) | |
| v.   ) | |
| ) | |
| CHARLOTTE S. HAWKINS   ) | |
| ) | |
| Respondent-Debtor   ) | |

### PETITION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. Sections 362(d)(1)(2))

NOW COMES the Petitioner-Creditor, CBFL RENTALS, LLC, by its attorneys, COLT W. JOHNSON and the law firm of HASSELBERG, ROCK, BELL & KUPPLER, LLP, and for its Petition For Relief From Stay under Section 362 of the United States Bankruptcy Code ("Code") (11 U.S.C. Section 362), against Respondent-Debtor, requests that the bankruptcy stay herein shall be lifted as to Charlotte S. Hawkins to allow CBFL to recover possession of the portable Deluxe Lofted Barn Cabin 12'x32', Serial No. 465658 (the "Cabin") which the Respondent-Debtor is leasing from the Petitioner, states and alleges as follows:

1.  This is a core proceeding over which this Court has jurisdiction under title 28 U.S.C. Section 157(b).

2.  Respondent is the debtor in the above referenced Chapter 13 case. Petitioner seeks to replevy the Cabin.

3.  That after delivering her initial monthly lease payment due July 15, 2022 at the time that she entered into the lease, and after failing and/or refusing to deliver her second $568.83 monthly lease payment due August 15, 2022 the Respondent-Debtor filed her Petition For Bankruptcy on August 29, 2022, and is currently delinquent with respect to her August, September, October, November, December, January, February, March, and April monthly lease payments.

-2-

4.    That the Respondent-Debtor is well past the time for accepting the lease, has not done so, and the Petitioner obviously has no adequate protection in that the Respondent-Debtor has no equity in the Cabin which is being leased.

5.    That Petitioner is entitled to relief pursuant to 11 U.S.C. Sections 362(d)(1)(2).

6.    There remains no reason for enforcement of the existing automatic stay against the Petitioner and Petitioner requests that the automatic stay be annulled so that Petitioner's replevy of the Cabin may be commenced.

WHEREFORE, Petitioner-Creditor, CBFL RENTALS, LLC, prays that this Honorable Court, pursuant to 11 U.S.C. Sections 362(d)(1)(2) enter an Order annulling the automatic stay so that it may replevy the Cabin, and for such other and further relief as the Court deems necessary and proper.

Hasselberg, Rock, Bell & Kuppler LLP

By: /s/ Colt W. Johnson
Colt W. Johnson, One of the Attorneys for the Petitioner

Colt W. Johnson
Hasselberg, Rock, Bell & Kuppler LLP
Associated Bank Bldg., Suite 200
4600 N. Brandywine Dr.
Peoria, IL 61614
(309)688-9400
cjohnson@hrbklaw.com
ARDC No. 6300118

-3-

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certifies that I caused a true and correct copy of the above and foregoing Petition For Relief From Automatic Stay to be sent to the Debtors and other persons listed below by mailing a copy to them in the United States Mail, postage fully prepaid, on the 11th day of April, 2023. All other parties entitled to notice receive such notice electronically, through the CM/ECF electronic mail system office of the Clerk of the Court.

                                                        /s/ Colt W. Johnson
                                                        Colt W. Johnson

T:\DLS\wpdocs\DLS\Barn Management Group\Hawkins\LiftStayMotion2.wpd