IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | In Proceedings |
| | Under Chapter 13 |
| CHARLOTTE S. HAWKINS, | |
| | BK No. 22-30530 |
| Debtors. | |

**ORDER**

This matter comes before the Court on the Motion for Relief from Stay filed by creditor CBFL Rentals, LLC ("Creditor"). Rule 4001-2.B.1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Southern District of Illinois provides:

> In a case filed under any chapter in which the movant is seeking to foreclose on collateral, the movant shall attach to the motion a separate statement that (1) lists any other entity/party that may have a legal or equitable interest in the property which is the subject of the motion; or (2) states that to the best of the movant's knowledge, information and belief, there are no such other entities/parties. Failure by the movant to include this statement shall result in the motion for relief from stay being stricken as deficient by the Court.

The creditor did not include this separate statement with its motion for relief.1 Therefore, IT IS ORDERED that the creditor shall have seven (7) days from the date of this Order in which to file the separate statement, to serve the separate statement and the motion for relief on any affected entities/parties, and to file a certificate evidencing service on any affected entities/parties. Failure to comply with this Order will result in the entry of an order striking the Motion for Relief from Stay.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 14, 2023

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/7

---

1 The Court is aware that the Creditor is not seeking to foreclose on the property. However, the Creditor is seeking to recover the property and there has not been a copy of the lease agreement provided for the Court to review. Thus, the Court needs to know if anyone else has an interest in the property.