UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: CHARLOTTE S. HAWKINS | ) | |
| | ) | |
| Debtor, | ) | Case No. 22-30530 |
| | ) | Chapter 13 |
| CBFL RENTALS, LLC | ) | |
| | ) | |
| Petitioner-Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLOTTE S. HAWKINS | ) | |
| Respondent-Debtor. | ) | |

## NOTICE OF ADMISSION

Pursuant to the Court's April 14, 2023 Order, COLT W. JOHNSON, attorney for Petitioner-Creditor, CBFL Rentals, LLC, submits notice that he is a member in good standing of this Court's general bar and was admitted to practice before the Federal Courts in the Southern District of Illinois on April 17, 2023 and is now in compliance with Local Rule 83.1.

                                                                             */s/ Colt W. Johnson*
                                                      COLT W. JOHNSON, Bar No. 6300118
                                                      HASSELBERG, ROCK, BELL & KUPPLER, LLP
                                                      Suite 200 Associated Bank Building
                                                      4600 N. Brandywine Drive
                                                      Peoria, IL  61614-5591
                                                      Telephone:  (309) 688-9400
                                                      Facsimile:  (309) 688-9430
                                                      E-mail:  cjohnson@hrbklaw.com

## **CERTIFICATE OF SERVICE**

I certify that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry D. Graham, Jr.
On behalf of Debtor, Charlotte S. Hawkins
court@jdgrahamlaw.com, jdgrahampc@gmail.com

John J. Johnston
johnjohnston@dixonjohnston.com

Melinda Joette Maune
mmaune@atllp.com, bkdeptmailbox@atllp.com

Russell C. Simon
simontrustee@yahoo.com, pacer@simonch13trustee.com

United States Trustee
USTPRegion10.es.ecf@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Exeter Finance LLC, c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

                                          */s/ Colt W. Johnson*
                                          COLT W. JOHNSON, Bar No. 6300118
                                          HASSELBERG, ROCK, BELL & KUPPLER, LLP
                                          Suite 200 Associated Bank Building
                                          4600 N. Brandywine Drive
                                          Peoria, IL  61614-5591
                                          Telephone:  (309) 688-9400
                                          Facsimile:   (309) 688-9430
                                          E-mail:  cjohnson@hrbklaw.com