# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings |
| | Under Chapter 13 |
| Charlotte S Hawkins | |
| aka Charlotte Hawkins | BK 22−30530−lkg |
| dba Char's Beauty Bar | |
| dba Char's Candy Store | |
| fdba Charlotte's Custom CR | |

       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−7748

## ORDER CLOSING CASE

    The trustee in the above−captioned chapter 13 case having performed all duties required of him/her in the administration of the estate; **IT IS ORDERED** that the chapter 13 trustee is discharged as trustee in the case, that he/she and the sureties on his/her bond are released from further liability in the case, and that the case is **CLOSED**.

ENTERED: December 28, 2023                        /s/ Laura K. Grandy
                                                                  UNITED STATES BANKRUPTCY JUDGE