# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Charlotte S Hawkins<br>aka Charlotte Hawkins<br>dba Char's Beauty Bar<br>dba Char's Candy Store<br>fdba Charlotte's Custom CR<br><br>      Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 22−30530−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−7748

## ORDER CLOSING CASE

    The trustee in the above−captioned chapter 13 case having performed all duties required of him/her in the administration of the estate; **IT IS ORDERED** that the chapter 13 trustee is discharged as trustee in the case, that he/she and the sureties on his/her bond are released from further liability in the case, and that the case is **CLOSED**.

ENTERED: December 28, 2023                                            /s/ Laura K. Grandy
                                                                                           UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 22-30530-lkg |
| Charlotte S Hawkins | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: 348 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte S Hawkins, 1804 Martin Luther King Dr, East Saint Louis, IL 62205-1615 |
| cr | + | CBFL Rentals, LLC, PO Box 648, Mayfield, KY 42066-0033 |
| cr | + | Illinois Realty Group, Dixon & Johnston, PC, 101 West Main Street, Belleville, IL 62220-1501 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 28 2023 18:02:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Colt Johnson | |
| | on behalf of Creditor CBFL Rentals  LLC cjohnson@hrbklaw.com |
| Jerry D Graham, Jr | |
| | on behalf of Debtor Charlotte S Hawkins court@jdgrahamlaw.com  jdgrahampc@gmail.com;r47365@notify.bestcase.com |
| John J Johnston | |

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 2 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: 348 | Total Noticed: 4 |

on behalf of Creditor Illinois Realty Group johnjohnston@dixonjohnston.com

Melinda Joette Maune

on behalf of Creditor Credit Acceptance Corporation mmaune@atllp.com bkdeptmailbox@atllp.com

Russell C Simon

simontrustee@yahoo.com pacer@simonch13trustee.com

Sumner A Bourne

on behalf of Creditor CBFL Rentals LLC notices@rafoolbourne.com, bournesr78612@notify.bestcase.com

United States Trustee

USTPRegion10.es.ecf@usdoj.gov

TOTAL: 7